IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| KIMBERLY CARGILL,<br>   *Petitioner*, | § § § | |
| v. | § § | Civil Action No.<br>6:17-cv-00562 |
| BOBBY LUMPKIN, Director,<br>Texas Department of Criminal<br>Justice, Correctional Institutions<br>Division,<br>   *Respondent*. | § § § § § | *DEATH PENALTY CASE* |

**RESPONDENT'S AMENDED CERTIFICATE
OF SERVICE FOR ECF NO. 73**

This is a federal habeas corpus proceeding initiated by Petitioner Kimberly Cargill, a death-sentenced Texas inmate, pursuant to 28 U.S.C. § 2254. On Thursday, June 16, 2022, this Court granted Respondent Bobby Lumpkin's (the Director) Unopposed Motion for Leave to File a Supplemental Pleading with Brief in Support, ECF No. 72, and entered the Director's Notice of Intervening Authority, ECF No. 73. At the time the Director filed his Motion for Leave, undersigned counsel did not post a date in the Director's certificate of service in the Notice of Intervening Authority, attached as an exhibit to ECF No. 72. The undersigned apologizes for this error and, through the instant advisory, certifies that Petitioner was served a copy of the Director's Notice of Intervening Authority on June 16, 2022.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

|  |  |
|---|---|
|  | BRENT WEBSTER<br>First Assistant Attorney General<br><br>JOSH RENO<br>Deputy Attorney General<br>for Criminal Justice<br><br>EDWARD L. MARSHALL<br>Assistant Attorney General<br>Chief, Criminal Appeals Division<br><br>/s/ Cara Hanna<br>CARA HANNA* |
| *Attorney in Charge | Assistant Attorney General<br>State Bar No. 24055622<br><br>P.O. Box 12548, Capitol Station<br>Austin, Texas 78711<br>Phone \| (512) 936-1400<br>Facsimile \| (512) 320-8132<br>cara.hanna@oag.texas.gov<br><br>ATTORNEYS FOR RESPONDENT |

## CERTIFICATE OF SERVICE

I do hereby certify that on June 20, 2022, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court, Eastern District of Texas, using the electronic case-filing system of the Court. The electronic case-filing system sent a "Notice of Electronic Filing" (NEF) to the following counsel of record, who consented in writing to accept the NEF as service of this document by electronic means: S. Kathrin Schwesinger and Daniel Levin, White & Case LLP-Washington, 701 13th Street NW, Washington, DC 20005.

/s/ Cara Hanna
CARA HANNA
Assistant Attorney General